**Dismiss and Opinion Filed January 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00646-CV**

**JENNIFER THOMPSON, Appellant**
**V.**
**DAN WILLEMS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02643-D**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Garcia
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated December 8, 2021, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file her brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

210646f.p05

/Lana Myers//

LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JENNIFER THOMPSON, Appellant

No. 05-21-00646-CV      V.

DAN WILLEMS, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-02643-D.
Opinion delivered by Justice Myers. Justices Molberg and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 12th day of January, 2022.